```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 16287
   MICHAEL G WALL
   MICHELLE WALL                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

              Debtor
   SSN XXX-XX-0678     SSN XXX-XX-1160
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/11/06 and confirmed on 02/22/07.

   2.  The case was dismissed after confirmation, 07/19/2007.

   3.  The Debtor paid a total of $   2487.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 6913.00 | 103.70 | 838.67 |
| INTERNAL REVENUE SERVICE | SECURED | 2859.48 | .00 | 1420.28 |
| BIEHL & BIEHL | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY INVESTMENTS LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1978.28 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 673.32 | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CHECK VELOCITY | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION CO OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 13403.84 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 29838.41 | .00 | .00 |
| JC CHRISTENSEN & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| KANE COUNTY ANESTHESIA | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST EAR NOSE AND THR | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| ORTHOPAEDIC ASSOC OF DUP | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | 1548.07 | .00 | .00 |
| HERBERT STITHDDS | UNSECURED | NOT FILED | .00 | .00 |

```
STRATFORD ORTHOPEDICS &     UNSECURED        NOT FILED                .00           .00
RETAILERS NATL BANK         UNSECURED        NOT FILED                .00           .00
WSH PHYSICIANS SERVICES     UNSECURED        NOT FILED                .00           .00
TELECHECK                   UNSECURED        NOT FILED                .00           .00
WINFIELD LABORATORY CONS    UNSECURED        NOT FILED                .00           .00
CAPITAL ONE AUTO FINANCE    UNSECURED           296.17                .00           .00
INTERNAL REVENUE SERVICE    PRIORITY           5888.15                .00           .00
ROI RECOVERY                UNSECURED          1363.02                .00           .00
ILLINOIS DEPT REVENUE       PRIORITY            836.40                .00           .00
ECMC                        UNSECURED         13738.67                .00           .00
JEFFERSON CAPITAL SYSTEM    UNSECURED           511.90                .00           .00
     Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED      PRIORITY     UNSECURED       OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   9772.48      6724.55      63351.68          .00    79848.71
PRINCIPAL PAID       2258.95           .00          .00          .00     2258.95
INTEREST PAID         103.70           .00          .00          .00      103.70
TOTAL PAID           2362.65           .00          .00          .00     2362.65
The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $   2500.00
and was paid $     500.00   direct and $        .00  through the plan.

The Trustee received $     124.35 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 10/10/07                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 06 B 16287 MICHAEL G WALL & MICHELLE WALL
```